**Full Name & D.O.C. #:** Anthony Troy Glover  Doc# 273625
**Address 1:** Box 316
**Address 2:**
**City, State, Zip Code:** Taft, OK 74465

**FILED**

MAY 26 2017

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY: _____, DEPUTY

Re: **Greer v. Fallin, Governor of the State of Oklahoma, et. al.**, Case No.: **5:14-cv-01066-M**, U. S. District Court of the Western District of Oklahoma, "Interested Party" filing request, in support of "Class" Certification.

Ms. Carmelita Shinn, Court Clerk
United States District Court
Western District of Oklahoma
200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102-3092

5/18/2017
Date

Dear Clerk of the Court,

    I am writing, requesting, to be added as an "Interested Party", in support of "Class" Certification in the **Greer v. Fallin, Governor of the State of Oklahoma, et. al., Case No.: 5:14-cv-01066-M**, filed in this court. I appreciate your time and attention to my request in this matter, thank you in advance.

Sincerely,

Anthony Troy Glover

CC: File

Full Name & D.O.C. #

Mark H Riffey  370170
Address 1

PO box 316
Address 2

Taft  OK  74465
City, State, Zip Code

Re: <u>Greer v. Fallin, Governor of the State of Oklahoma, et. al.</u>, Case No.: 5:14-cv-01066-M, U. S. District Court of the Western District of Oklahoma, "Interested Party" filing request, in support of "Class" Certification.

Ms. Carmelita Shinn, Court Clerk
United States District Court
Western District of Oklahoma
200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102-3092

5/18/2017
Date

Dear Clerk of the Court,

    I am writing, requesting, to be added as an "Interested Party", in support of "Class" Certification in the <u>Greer v. Fallin, Governor of the State of Oklahoma, et. al.</u>, Case No.: 5:14-cv-01066-M, filed in this court. I appreciate your time and attention to my request in this matter, thank you in advance.

Sincerely,

*[signature]*

CC: File

Steven Whitfield #724416
**Full Name & D.O.C. #**

P.O. Box 316
**Address 1**

_____
**Address 2**

Taft OK. 74463-0316
**City, State, Zip Code**

**Re:** <u>**Greer v. Fallin, Governor of the State of Oklahoma, et. al.**</u>,
**Case No.: 5:14-cv-01066-M**, U. S. District Court of the Western District of Oklahoma, "Interested Party" filing request, in support of "Class" Certification.

Ms. Carmelita Shinn, Court Clerk
United States District Court
Western District of Oklahoma
200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102-3092

5-18-17

**Dear Clerk of the Court,**

I am writing, requesting, to be added as an "Interested Party", in support of "Class" Certification in the <u>**Greer v. Fallin, Governor of the State of Oklahoma, et. al.**</u>, **Case No.: 5:14-cv-01066-M**, filed in this court. I appreciate your time and attention to my request in this matter, thank you in advance.

Sincerely,

CC: File